1

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF CALIFORNIA

4 SAN FRANCISCO DIVISION

5

6 UNITED STATES OF AMERICA,               )        No. CR 05-638-SI
                                          )
7         Plaintiff,                       )
                                          )
8    v.                                    )        ORDER
                                          )
9 ROY ALBERT LEWIS,                        )
                                          )
10        Defendants.                      )
                                          )
11 _____ )
                                          )
12 _____ )

13         Good cause appearing therefor, IT IS ORDERED that this matter be continued until

14 February 1, 2013, at 11:00 am for a status hearing or disposition.

15

16

17

18 DATED: December __6__, 2012

19

20

21                                                          Judge Susan Illston

22

23

24

25

26

27

28